**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Michael T. Liburdi | **Date:** September 28, 2021 |
| **Case Number:** CV-19-01438-PHX-MTL | |
| **Pepaj et al v. Paris Ultra Club LLC** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Joseph N. Casas | Kimberly Kristin Page |
| | John V. Golaszewski | Erik John Stone |

**JURY TRIAL – DAY 1:**

8:25 a.m. This is the time set for Jury Trial. Discussion held. For reasons stated on the record,

**IT IS ORDERED** that Plaintiffs' Motion in Limine to Admit Plaintiffs' Exhibits 1-9 and/or Bench Memorandum in Support of Admissibility of Plaintiffs' Exhibits 1-9, (Doc. 97), is denied as moot.

Pursuant to the Joint Notice of Dispute re: Plaintiffs' Exhibits 1-9 and 10-13, (Doc. 99), by stipulation of the parties, Plaintiffs' Exhibits 1-9 are admitted with an added instruction to be read to the Jury. The request to admit Exhibits 10-13 is DENIED. The Court addresses the Jury Instructions and verdict form. Counsel are directed to confer and if an agreement cannot be reached, shall brief the issues discussed for the Court. Defendant's Exhibits 137, 140, 143, 146, 149, and 152 are admitted. 9:20 a.m. Court stands at recess.

9:33 a.m. Court reconvenes. Jury panel is present and sworn. Voir dire commences. Potential Juror #13 is dismissed for cause. 10:41 a.m. Jury panel excused from the courtroom, except for Potential Juror #10 who addresses the Court. Juror #10 exits the courtroom and Court remains in session. Potential Jurors #3 and #23 are excused for hardship. 10:54 a.m. Court stands at recess while the parties make their strikes.

11:11 a.m. Court reconvenes. Jury panel is present. Jury of seven (7) are announced and sworn. There are no Batson challenges. Remaining potential jurors are excused. Preliminary Jury Instructions are given to the Jury. Plaintiffs begin their opening statement. 12:03 p.m. Court stands at recess.

1:33 p.m. Court reconvenes. Jury is present. Plaintiffs resume their opening statement. Defendant presents their opening statement. **Plaintiffs' Case:** Cielo Jean ("CJ") Gibson is sworn and examined. Witness is excused. 2:42 p.m. Court stands at recess.

3:00 p.m. Court reconvenes. Jury is present. Claudia Sampedro, appearing via video teleconference ("VTC"), is sworn and examined. Defendant's Impeachment Exhibit D is marked for identification as Defendant's Exhibit 156. Witness is excused. 4:06 p.m. Jury excused from the courtroom and Court remains in session. Witness schedule discussed. 4:08 p.m. Court stands at recess.

| | |
|---|---:|
| **CV-19-01438-PHX-MTL** | **September 28, 2021** |
| **Pepaj et al v. Paris Ultra Club LLC** | Page 2 of 2 |

4:19 p.m. Court reconvenes. Jury is present. Alana Campos is sworn and examined. Witness is excused. 5:02 p.m. Jury is excused from the courtroom until **Wednesday, September 29, 2021, at 8:30 a.m.**, and Court remains in session. The parties advise that they have filed an updated witness schedule. For reasons given on the record, Plaintiffs request to allow Plaintiff Eva Pepaj to testify via VTC. Defendant does not object. The Court grants Plaintiffs' request and will allow Ms. Pepaj to appear via VTC for her testimony.

5:06 p.m. Court stands at recess until **Wednesday, September 29, 2021, at 8:30 a.m.**

| | |
|---|---:|
| Deputy Clerk: Rebekka Walder | **6 hrs 12 mins** |
| Court Reporter: Barbara Stockford | **Start:  8:25 AM** |
| | **Stop:   5:06 PM** |