IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eva Pepaj, et al., | No. CV-19-01438-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Paris Ultra Club LLC, | |
| Defendant. | |

Before the Court are three post-trial motions. Plaintiffs Pepaj, Cañas, Ruiz, Sampedro, and Campos have filed a motion for attorneys' fees. Defendant Paris Ultra Club, LLC, moves for attorneys' fees against Plaintiff Gibson. In her opposition, Gibson moves for sanctions against Paris Ultra Club under Rule 37, Fed. R. Civ. P. Briefing is complete on all motions.

**IT IS ORDERED**:

1. Paris Ultra Club's Motion for Attorneys' Fees (Doc. 129) is **denied**.

2. Gibson's Cross-Motion for Sanctions (Doc. 130) is **denied**.

3. The Motion for Attorney's fees filed by Pepaj, Cañas, Ruiz, Sampedro, and Campos (Doc. 128) remains pending. This motion is referred to United States Magistrate Judge Eileen S. Willett (selected by random draw) for a Settlement Conference. Counsel are directed to jointly contact the chambers of Judge Willett by emailing willett_chambers@azd.uscourts.gov or calling (602) 322-7620 no later than seven (7) days from the date of this order to schedule a Settlement Conference and for instructions

regarding preparation for the conference. The settlement conference shall be held within sixty (60) days from the date of this order. The parties shall file a joint notice regarding the settlement conference within seven (7) days after the settlement conference is held.

Dated this 3rd day of May, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge