# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eva Pepaj, et al., | No. CV-19-01438-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Paris Ultra Club LLC, | |
| Defendant. | |

Counsel for the parties appeared on August 19, 2022, for oral argument on Plaintiffs' Motion for Attorneys' Fees and Costs. (Doc. 128.) On behalf of their clients, counsel indicated an interest in making a final attempt to negotiate a settlement on this issue. After a brief recess, in which counsel had the opportunity to confer with each other and their clients, counsel announced that a settlement had been achieved. The terms of the settlement were entered on the record, under seal.

///
///
///
///
///
///
///
///

Accordingly,

**IT IS ORDERED**:

1. Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 128) is **denied as moot**.

2. The parties shall submit a stipulation for dismissal no later than Friday, **September 9, 2022**. If no stipulation is received by that date, the Clerk of Court shall dismiss this matter with prejudice unless a party moves for an extension of this deadline.

3. The Court retains jurisdiction to enforce the settlement agreement.

Dated this 19th day of August, 2022.

*/s/ Michael T. Liburdi*
Michael T. Liburdi
United States District Judge